## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MARK A. HYLTON, ET AL | : |
| Plaintiff, | : |
| | : |
| vs. | :  Civil No.3:22-cv-913 |
| | : |
| EDISON J. PAUTA, FED EX GROUND PACKAGE SYSTEM, INC. | : |
| Defendants. | : |

## <u>NOTICE OF REMOVAL</u>

Now come defendants, FEDEX GROUND PACKAGE SYSTEM, INC. improperly sued as FED EX GROUND PACKAGE SYSTEM, INC., and EDISON J. PAUTA (hereinafter referred to as "Defendants") seeking rights to DUE PROCESS, under the UNITED STATES CONSTITUTION, in the above-named caption, does hereby respectfully notify the United States District Court of Connecticut, herein called the "Federal District Court"). Pursuant to 28 U.S.C § 1441, that the Defendants, on the July 20, 2022, removed the civil action commenced in the Connecticut Superior Court, Judicial District of Stamford, herein called the ("State Court") by Mark A. Hylton (hereinafter referred to as "Plaintiff"). The plaintiff commenced and filed the said action on June 22, 2022. In support of this Removal, the Defendants file this Notice of Removal based on 28 U.S.C. § 1441(b); 28 U.S.C. § 1332(a)(1); 28 U.S.C. § 1332(c)(1); US Constitution Article III; and the Federal Courts Jurisdiction and Venue Clarification Act of 2011.

## **STATE COURT ACTION**

1.        A civil action has been instituted against Defendants in the above-entitled action in the Superior Court of the State of Connecticut, Judicial District of Stamford, entitled Mark A. Hylton, et al. v. Edison J. Pauta, Fed Ex Ground Package System, Inc., which was filed on June 24, 2022 with the Clerk of Court. *See* a copy of plaintiff's Complaint, dated June 22, 2022, annexed hereto as **Exhibit "A"**.

2.        On or about July 23, 2022, a copy of the Plaintiff's Complaint was served upon Defendant, FEDEX GROUND PACKAGE SYSTEM, INC.  Defendant was served through CT Corp. *See* a copy of plaintiff's Return of Service annexed hereto as **Exhibit "B"**.

3.        On or about July 23, 2022, a copy of the Plaintiff's Complaint was served to the Commission of Motor Vehicles of the State of Connecticut and by sending another endorsed copy by certified mail to defendant, EDISON J. PAUTA's last known address in accordance with the rules of service of process of the State of Connecticut.  *See* **Id**.

4.        Plaintiff commenced this action against the Defendants as a result of an alleged motor vehicle accident on July 6, 2020 on Interstate 95 near Exit 16 in the Town of Norwalk, State of Connecticut. *See* **Exhibit "A"**.

5.        Additionally, Plaintiff's Complaint alleges negligence as to Defendants and statutory recklessness against defendant, EDISON J. PAUTA. *See* **Exhibit "A"**.

6.        Defendants are requesting to remove this action from the Superior Court of Connecticut to the Federal District Court on the basis of Diversity Jurisdiction, 28 U.S.C. §1332, and which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441.

7. This Notice of Removal is timely filed in that it is filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which…" this action is based 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

8. Upon information and belief, Plaintiff is domiciled in the State of Connecticut and resides at 163 Lockwood Avenue, Apartment 2, in the City of Stamford, County of Stamford, State of Connecticut. *See* **Exhibit "A"**.

9. Defendant, FEDEX GROUND PACKAGE SYSTEM, INC., is a corporation incorporated in the State of Delaware.

10. Defendant, FEDEX GROUND PACKAGE SYSTEM, INC.'s principal place of business is located at 1000 FedEx Drive, Moon Township, Pennsylvania.

11. Defendant, EDISON J. PAUTA is domiciled in the State of New York and resides at 44 North Lawn Avenue, 1st Floor, Elmsford, New York.

12. Complete Diversity of Citizenship exists because, for the purposes of diversity, Plaintiff is a citizen of Connecticut; defendant, FEDEX GROUND PACKAGE SYSTEM, INC. is a citizen of Delaware and Pennsylvania; and, defendant, EDISON J. PAUTA is a citizen of New York. *See* 28 U.S.C. § 1332(c).

## AMOUNT IN CONTROVERSY

13. Plaintiff's Complaint alleges that he is entitled to recover monetary damages from Defendants and the Plaintiff demands judgment against defendant, EDISON J. PAUTA, for double and treble damages plus interest and cost of suit. *See* **Exhibit "A"**.

14. Specifically, the Complaint alleges that Plaintiff sustained "severe and painful injuries, some, or all of which are or may be permanent in nature". *See* **Exhibit "A"**.

15.     Plaintiff seeks to recover a sum for past and future medical expenses; impairment of plaintiff's normal daily activities and enjoyments of life. *See* **Exhibit "A"**.

16.     Given Plaintiff's allegations in the complaint, the damages sought will be in excess of $75,000, which would allow this Court jurisdiction pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii). *See generally*, 28 U.S.C. § 1332(a).

17.     As required by 28 U.S.C. § 1146(a), a true and correct copy of all process served upon the Defendant, and within Defendants' possession, in the action is attached. *See* **Exhibit "B"**.

## VENUE

18.     Defendants claim venue for removal is proper in this District Court on the grounds that the action is between the citizens of different states and allegedly involves a claim in excess of $75,000.00, exclusive of interest and costs; and is thereby removable under 28 U.S.C. § 1441, et seq.

## NOTICE

19.     Written Notice of the filing of this Notice of Removal and Petition will be electronically filed with the Clerk for the Connecticut Superior Court, Judicial District of Stamford and served on all parties pursuant to 28 U.S.C. § 1446(d). *See* a copy of said Notice of Removal annexed hereto as **Exhibit "C"**.  Moreover, a list of all counsel of record. Including their contact information, and the parties represented by counsel are identified within the written Notice of Removal. *See* **Id**.

Dated: July 20, 2022

Respectfully submitted,

**FEDEX GROUND PACKAGE SYSTEM, INC. and EDISON PAUTA**


BY: _____
Samuel G. Rodrigues, Esq (441169)
Callahan & Fusco, LLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
(877) 618-9770
srodrigues@callahanfusco.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing was mailed or will immediately be mailed or delivered electronically or non-electronically on July 20, 2022, to all counsel and self-represented parties of record and that the written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Kevin M. Grecco, Esq.
Carmody Torrance Sandak & Hennessey
*Attorneys for Plaintiff*
1055 Washington Boulevard, 4th Floor
Stamford, Connecticut 06901
(203) 425-4200

BY: _____
Samuel G. Rodrigues, Esq.